Prob 12 (10/09)
VAE (rev. 5/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Dadrian L. Haley _____   Docket No. 1:16MJ253 _____

### Petition on Probation

COMES NOW Daniel D. Gillespie, Jr., PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Dadrian L. Haley, who was placed on supervision by the Honorable Thomas Rawles Jones, Jr., United States Magistrate Judge sitting in the Court at Alexandria, Virginia, on the 8th day of August, 2016, who fixed the period of supervision at two (2) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

### See Page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

#### See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a summons to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**Returnable Date:** *Tuesday, July 31, 2018 @ 10:00 am*

### ORDER OF COURT

Considered and ordered this ____11th____ day of July, 2018 and ordered filed and made a part of the records in the above case.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge

Michael S. Nachmanoff
United States Magistrate Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 11, 2018

D. Gillespie    2018.07.11 16:34:11 -04'00'

Daniel D. Gillespie, Jr.
U.S. Probation Officer

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

**Petition on Probation**
**Page 2**
**RE: Haley, Dadrian L.**

<u>Special Conditions Probation</u>

1.      The defendant shall serve seven (7) days in home confinement with monitoring at level the probation officer deems appropriate and with timeouts as directed.

2.      The defendant shall not violate any local, state or federal traffic law.

3.      The defendant shall pay the special assessment during the period of probation.

**The Court further ordered the term of supervision be converted to unsupervised probation after the condition relating to home confinement has been satisfied.  The Court also suspended the mandatory substance abuse testing requirement.**

**Petition on Probation**
**Page 3**
**RE: Haley, Dadrian L.**

OFFENSE: Operating After Suspension.

SENTENCE: The defendant was sentenced to two (2) years probation with the special conditions of supervision listed on page two (2). A $25.00 special assessment was also imposed at sentencing.

ADJUSTMENT TO SUPERVISION: The defendant overall adjustment to probation has been unsatisfactory as he has incurred new law violations which remain pending in Prince William County, Virginia, and has failed to satisfy his monetary penalty imposed at the time of sentencing.

The probation officer would note that defendant has been arrested on two (2) occasions for misdemeanor assault charges while on supervision. The first offense occurred on November 18, 2016, and was nolle prossed on January 3, 2018. The second offense occurred on March 15, 2018, and remains pending. Violation reports were submitted to the Court requesting no action pending disposition of the state cases. The March 15, 2018, offense is not scheduled for an adjudication hearing until after the defendant's scheduled expiration date.

On October 17, 2016, the defendant completed his home confinement requirement and was converted to unsupervised probation at that time.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY/SPECIAL CONDITION 2:**     **NEW LAW VIOLATION – 1) OPERATING AFTER REVOCATION/SUPENSION; 2) SPEEDING 76 MPH IN A 60 MPH ZONE.**

On March 4, 2017, in Essex County, Virginia the defendant was charged with the above listed offenses pursuant to a traffic stop. The defendant was released on a summons to appear in Essex County General District Court. Following several continuances in the case, on April 19, 2018, a failure to appear warrant was issued for the defendant's arrest. The warrant remains outstanding at this time and is non-extraditable outside the State of Virginia. This officer advised the defendant to surrender on the warrant. It is noted that the defendant has not had a valid driver's license at any point during the probation period.

**MANDATORY CONDITION:**     **NEW LAW VIOLATION – DOMESTIC ASSAULT AND BATTERY.**

On March 15, 2018, the defendant was arrested in Prince William County, Virginia, for the above listed offense following an argument with his girlfriend, Christina Kadar, regarding a prior romantic relationship. According to the Prince William County Police incident report, Ms. Kadar had visible red marks on her neck which were consistent with her statement that the defendant grabbed her by the neck. No other marks or injuries were reflected in the report.

The defendant was arrested and transported to the Prince William County Adult Detention Center where he was released on a $10,000.00 unsecured bond.

It is noted that Ms. Kadar refused an emergency protective order at the time of the offense and noted she believed she would reconcile with the defendant following his release.

**Petition on Probation**
**Page 4**
**RE: Haley, Dadrian L.**

This officer has been in recent contact with Ms. Kadar who advised that she and the defendant remain in a romantic relationship and continue to reside together. She further advised she remains with the position not to pursue charges at the court appearance.

The case is currently scheduled for an adjudication hearing on August 22, 2018, in Prince William County Juvenile and Domestic Relations Court.

**SPECIAL CONDITION 3:**          **FAILURE TO PAY THE IMPOSED SPEICAL ASSESSMENT.**

The defendant has failed to satisfy his monetary requirement in this case despite numerous directives from this officer over the past two (2) year period to satisfy the condition. Contact was made with the defendant on July 9, 2018, regarding the outstanding requirement. He advised he would be able to make payment by July 13, 2018. The monetary penalty remains outstanding at this time.

**DDG/mbp**
KMR